UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVI A GANNON,

          Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

          Defendant.

CASE NO. 2:18-CV-0211 JCC-JRC

REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G).

      This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); (Dkt. 15).

      After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner.

On remand, based on the parties' stipulation, this Court recommends that the Administrative Law Judge hold a new hearing and issue a new decision.  The ALJ should:

- Reevaluate Plaintiff's impairments under step two, according to 20 C.F.R. § 404.1520(c), 416.920(c);

- further assess Plaintiff's residual functional capacity in accordance with SSR 96-8p;

- further evaluate the medical opinion evidence and subjective symptoms;

- Obtain supplemental vocational expert evidence to determine whether there are a significant numbers of jobs in the national economy that Plaintiff could perform; and

- Before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles consistent with Social Security Ruling 00-4p.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, following proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 24th day of July, 2018.

J. Richard Creatura
United States Magistrate Judge