UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVI A. GANNON,

        Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

        Defendant.

No. C18-00211-JCC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration, consistent with the parties' stipulated remand.

ORDER ADOPTING REPORT AND
RECOMMENDATION
C18-0211-JCC
PAGE - 1

1                (3)     JUDGMENT is for Plaintiff and the Clerk is DIRECTED to close the case.

2        Dated this 31st day of July, 2018.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION
C18-0211-JCC
PAGE - 2