UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVI A. GANNON, | CASE NO. C18-0211-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 19). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is AWARDED attorney fees in the amount of $4,758.48 and expenses in the amount of $25.20, for a total of $4,783.68, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). Pursuant to 28 U.S.C. § 1920, Plaintiff is AWARDED costs in the amount of $4.80.

The check or checks shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check

1  for EAJA fees shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment

2  of these amounts to Plaintiff's attorney. (Dkt. No. 19-2.)

3         DATED this 11th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE